UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

JOHN McCARVER, f/u/b LODGE )
MANUFACTURING COMPANY, and )
LODGE MANUFACTURING COMPANY, )
 )
          Plaintiffs, )
 )    No. 1:04-CV-395
v. )
 )    Judge Curtis L. Collier
TEEMS ELECTRIC, INC., )
 )
          Defendant. )

## **O R D E R**

On May 3, 2006 Plaintiffs filed a stipulation of dismissal informing the Court the parties had reached a settlement (Court File No. 30). The stipulation was not signed by all parties as required by Federal Rule of Civil Procedure 41(a)(1)(ii). Therefore, the Court asked the parties' attorneys to file a stipulation of dismissal signed by all parties or to file a proposed agreed order of dismissal. To date, the parties have not filed a proper notice of dismissal or a proposed agreed order of dismissal. The Court assumes notwithstanding absence of a proper notice of dismissal or a proposed agreed order of dismissal, the parties have in fact settled this case. Accordingly, the Court considers this case settled and **DIRECTS** the Clerk of Court to **CLOSE** this case on Wednesday, June 14, 2006, unless the Court orders otherwise.

    **SO ORDERED.**

    **ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**

2